

Trial Attorneys

**Chicago**
53 WEST JACKSON BLVD., SUITE 856
CHICAGO, ILLINOIS 60604
312.765.0100

**Peoria**
311 WEST STRATFORD DRIVE
PEORIA, ILLINOIS 61614
309.713.3751

**Rockford**
6090 STRATHMOOR DRIVE, SUITE 1
ROCKFORD, ILLINOIS 61107
312.218.0963

January 9, 2018

*via first class mail*

Dustin Fleming, #13739-025
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan. MI 48160

**Re: Franklin v. Fleming, et. al., 17-cv-00595-NJR-DGW**

Dear Mr. Fleming,

    I write in regards to the Civil Rights case of Martell Franklin against you and officers Tyson Shurtz and Timothy Gilley that is currently pending in U.S. District Court for the Southern District of Illinois. You should be aware I represent Mr. Franklin. As you do not appear to have counsel representing you in this matter, I am reaching out directly to you. If you do have counsel, please provide them with this letter and our contact information so I can speak directly with them.

    As you are aware, the civil complaint was filed against you on June 5, 2017. An amended complaint was filed on September 19, 2017 naming you along with officers Shurtz and Gilley. We received your waiver of summons for that complaint on October 16, 2017 and it was filed with the Court on October 17, 2017. I have enclosed a copy of that filing. Based on the filing of your waiver, your response to the civil complaint was due on November 13, 2017. That time has come and past and no answer or responsive pleading has been filed. Because nothing was filed, you are technically in default. We have not yet moved to enter a default judgment against you as we are aware of your legal situation and current incarceration. I am writing this letter to inform you that if you do not contact the Court or file something with the Court by the end of January, we will move to get a default judgment entered against you and then set a time to prove-up damages.

    I cannot provide you with any legal advice, but you may have some resources in your facility regarding Section 1983 cases that may be useful to help file an answers. Additionally, if

you would like to settle your case with Mr. Franklin, please contact me and we can discuss a settlement resolution of the claims against you. The best office to reach me is at your Peoria office. The phone number is 309.713.3751.

                        Sincerely yours,

                        Louis J. Meyer